UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| WARREN ZINNAMON,<br><br>       Plaintiff,<br><br>  -against-<br><br>SHORPY, INC.,<br><br>       Defendant | 23-CV-6329 (AS)<br><br>ORDER |

ARUN SUBRAMANIAN, United States District Judge:

  Per ECF 8, an answer in this case was due by October 24, 2023. By **November 8, 2023, at 5:00 p.m.**, Plaintiff shall submit a letter (not to exceed two pages), updating the Court on the status of this case. The letter shall address at least (1) whether Plaintiff has been in contact with Defendant, (2) whether this case has been settled or otherwise terminated, and (3) Plaintiff's plans to prosecute this case, including the potential for seeking a default judgment.

  SO ORDERED.

Dated: November 3, 2023
    New York, New York

                     _____
                     ARUN SUBRAMANIAN
                     United States District Judge